DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ADONIS SORIANO WATERS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-959

_____

April 3, 2024

Appeal from the Circuit Court for Manatee County; Lon Arend, Judge.

Howard L. Dimmig, II, Public Defender, and Susan M Shanahan, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and William C. Shelhart, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

　　　Affirmed.

SLEET, C.J., and NORTHCUTT and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.